UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN R. AND JUANA DURRUTHY,<br><br>Plaintiffs,<br><br>v.<br><br>ADRIENNE WEIL, MTC FINANCIAL, INC., AND CAPITAL ONE, N.A.,<br><br>Defendants. | Case No.: 17cv0055 AJB (BGS)<br><br>**ORDER:**<br><br>**(1) DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE; AND**<br>**(Doc. No. 1)**<br><br>**(2) DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br>**(Doc. No. 5)** |

Presently before the Court is Defendants Capital One, N.A. ("Capital One") and MTC Financial, Inc. dba Trustee Corps' ("Trustee Corps") (collectively referred to as "Defendants") motion to dismiss. (Doc. No. 5.) Plaintiffs Juan and Juana Durruthy (collectively referred to as "Plaintiffs") did not file an opposition.

As a preliminary matter, the Court notes that Plaintiffs filed a motion for leave to proceed in forma pauperis ("IFP") on January 11, 2017, along with their Complaint. (Doc. No. 2.) On February 3, 2017, the Court denied Plaintiffs' motion for IFP and granted them thirty days from the date of the Order to pay the $350.00 filing fee required to maintain this action pursuant to 28 U.S.C. § 1915. (Doc. No. 3 at 2-3.) As of today, Plaintiffs have

1

failed to pay the filing fee or submit additional documentation regarding their economic status to the Court. Accordingly, this action cannot proceed. *See* 28 U.S.C. § 1914(a) (All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350.).

For the reasons set forth above, Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**, and Defendants' motion to dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: March 10, 2017

Hon. Anthony J. Battaglia
United States District Judge