

FILED

May 09 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ AKR          DEPUTY

1  Juan R. and Juana Durruthy
   Appellants in *Propria Persona*
2  339 Crestview Drive
3  *Chula Vista, California 91902*

4              **UNITED STATES DISTRICT COURT OF APPEALS**

5                        **DISTRICT OF CALIFORNIA**

6  JUAN R. AND JUANA DURRUTHY

7       PLAINTIFFS / APPELLANTS

8  v.                                    CASE NO. 3:17-CV-00055-AJB-BGS

9  ADRIENNE WEIL AND MTC FINANCIAL,
   INC. DBA TRUSTEE CORPS AND CAPITAL
   ONE,N.A.
10
               DEFENDANTS
11 ─────────────────────────────────────/

12         **PLAINTIFFS' / APPELLANTS' SHOWING CAUSE NOT TO DISMISS**

13      This appeal was delivered timely to the United States District Court Central District of
        Califormia on April 10ᵗʰ 2017

14 **ISSUES FOR REVIEW**

15      The United States District Court Central District of Califormia court to which the
        documents were originally submitted in a timely manner sent the documents back to
        me stating that they did not have the jurisdiction in this matter and advised to submit to
        the District Court having the jurisdiction.

16      I proceeded to submit the Appeals Documents to the Southern District Court at San
        Diego, California. Additionally, payment for the filing fee was also made at the
        Southern District Court at San Diego, California.

17      I have attached as Exhibit A the copy the letter that was sent to us with the returned
        documents. Included with that letter are copies of the stamped receipts from the
        United States District Court Central District of Califormia where the appeal documents
        and filing fee were received and subsequently returned.

- 1 -



MAY 0 9 2017

CLERK US DISTRICT CO...
SOUTHERN...
RECEIVED

**RELIEF REQUESTED**

The appellants are asking that the appeal not be dismissed given that the documents were filed in a timely manner albeit at the wrong court that did not have jurisdiction.

The appellants have never filed a case in this court previously to this date.

DATED this _9th_ day of May 2017.

Juan R. Durruthy, Appellant

Juana Durruthy, Appellant