UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUAN R. DURRUTHY and JUANA DURRUTHY,<br><br>                Plaintiffs-Appellants,<br><br>  v.<br><br>MTC FINANCIAL, INC., DBA Trustee Corps; et al.,<br><br>              Defendants-Appellees. | No.   17-55512<br><br>D.C. No.<br>3:17-cv-00055-AJB-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: GRABER and BYBEE, Circuit Judges.

The district court entered a final judgment in the above-referenced district court docket on March 10, 2017. Appellants filed a notice of appeal in the Southern District of California on April 14, 2017 and paid the $505 docketing and filing fees for the appeal in that court. On April 26, 2017, this court issued an order requiring appellants to show cause why the appeal should not be dismissed as untimely because the notice of appeal was not filed within 30 days after the March 10, 2017 entry of judgment.

In response to the April 26, 2017 order to show cause (Docket Entry No. 8), appellants submitted a form letter from a Deputy Clerk for the Central District of California dated April 10, 2017. This letter returns appellants' docketing and filing fee to appellants. The Deputy Clerk checked two boxes on the form letter as the

MF/Pro Se

reasons for the return.  The first reason is that the Central District of California has no jurisdiction over the matter.  The second reason is: "You mailed this to the Central District, Southern Division when in fact your case is assigned in the Southern District at San Diego, California."  Appellants' April 26, 2017 response also includes a copy of the envelope they used for mailing the filing fee and notice of appeal to the Central District of California with a stamp showing it was received on April 10, 2017, which was the final day for filing a timely notice of appeal of the Southern District of California's March 10, 2017 judgment.

Because appellants' May 10, 2017 submission did not include a copy of the notice of appeal they submitted to the Central District of California on April 10, 2017, this court issued an additional order requiring appellants to provide this court with a copy.  On July 21, 2017, appellants submitted a copy of the notice of appeal they submitted to the Central District of California on April 10, 2017 (Docket Entry No. 10).

It is apparent from appellants' filings that appellants confused the Southern Division of the Central District of California with the Southern District of California.  Rather than reject the notice of appeal for want of jurisdiction, the Central District of California should have stamped the notice of appeal "received" as of April 10, 2017 and transferred it to the Southern District of California.  *See* 28 U.S.C. § 1631.

The Clerk shall transmit appellants' responses to this court's orders (Docket Entry Nos. 8, 10) to the Central District of California.  The Clerk for the Central District of California shall stamp the documents as received on April 10, 2017. Thereafter, the Clerk shall transfer the documents to the Southern District of California for filing as a notice of appeal as of April 10, 2017 in Southern District of California case number 3:17-cv-00055-AJB-BGS.  *See id.*

The April 26, 2017 order to show cause is discharged.

The Clerk shall file the opening brief received on April 26, 2017; the answering brief is due on October 13, 2017; the optional reply brief is due within 21 days after service of the answering brief.



**FILED**

May 09 2017

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY _____ s/ AKR _____ **DEPUTY**

1  Juan R. and Juana Durruthy
   Appellants in *Propria Persona*
2  339 Crestview Drive
3  *Chula Vista, California  91902*

4              **UNITED STATES DISTRICT COURT OF APPEALS**

5                        **DISTRICT OF CALIFORNIA**

6  JUAN R. AND JUANA DURRUTHY

7        **PLAINTIFFS / APPELLANTS**

   v.                                    CASE NO. 3:17-CV-00055-AJB-BGS
8
   ADRIENNE WEIL AND MTC FINANCIAL,
9  INC. DBA TRUSTEE CORPS AND CAPITAL
   ONE,N.A.
10
         **DEFENDANTS**
11  ———————————————————————————/

12       **PLAINTIFFS' / APPELLANTS' SHOWING CAUSE NOT TO DISMISS**

13       This appeal was delivered timely to the United States District Court Central District of
         California on April 10th 2017

14  **ISSUES FOR REVIEW**

15       The  United States District Court Central District of California court to which the
         documents were originally submitted in a timely manner sent the documents back to
         me stating that they did not have the jurisdiction in this matter and advised to submit to
         the District Court having the jurisdiction.

16       I proceeded to submit the Appeals Documents to the Southern District Court at San
         Diego, California. Additionally, payment for the filing fee was also made at the
         Southern District Court at San Diego, California.

17       I have attached as Exhibit A the copy the letter that was sent to us with the returned
         documents. Included with that letter are copies of the stamped receipts from the
         United States District Court Central District of California where the appeal documents
         and filing fee were received and subsequently returned.

- 1 -



MAY 0 9 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

**RELIEF REQUESTED**

The appellants are asking that the appeal not be dismissed given that the documents were filed in a timely manner albeit at the wrong court that did not have jurisdiction.

The appellants have never filed a case in this court previously to this date.
DATED this 9th day of May 2017.

Juan R. Durruthy, Appellant

Juana Durruthy, Appellant

**EXHIBIT – A**

**COPIES OF ORIGINAL RECEIPT BY COURT**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUAN R. DURRUTHY and JUANA DURRUTHY, | No. 17-55512 |
| Plaintiffs-Appellants, | D.C. No. 3:17-cv-00055-AJB-BGS Southern District of California, San Diego |
| v. | |
| MTC FINANCIAL, INC., DBA Trustee Corps; et al., | ORDER |
| Defendants-Appellees. | |

A review of the record suggests that this court may lack jurisdiction over the appeal because the notice of appeal was not filed within 30 days after the district court's judgment entered on March 10, 2017. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

Within 21 days after the date of this order, appellants shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellants elect to show cause, a response may be filed within 10 days after service of the memorandum.

If appellants do not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

MF/Pro Se



**KIRY K. GRAY**
Clerk of Court

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

April 10, 2017

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Juan R. Durruthy
399 Crestview Drive
Bonita, CA 91902-4271

Dear Sir/Madam:

Returned herewith is your remittance of $ _____505.00_____ for the reason checked below:

☐ There is insufficient information with your payment to enable us to give you credit. Please fill in the information requested at the bottom of this letter and return it with the payment in the enclosed envelope.

☐ We cannot accept personal checks. Please remit your payment by certified check, or bank or postal money order. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

☐ Wrong payee. The correct payee is "**Clerk, U.S. District Court.**"

☐ This is a duplicate payment. If you have recently received a letter for a returned check, please return the letter to us.

☑ This court has no jurisdiction over this matter. Please submit payments related to this case directly to the District Court having jurisdiction in order to assure proper credit.

☑ Other: You mailed this to the Central District, Southern Division when in fact your case is assigned in the Southern District at San Diego, California.

Sincerely,

Clerk, U.S. District Court

By __Maria Barr__
Deputy Clerk

---

Name of Person for whom payment is made: US District Court

Court Case Number: 3:17-cv-00055-AJB-BGS

Reason for Payment: Appeal Filing Fee

<span style="font-size:smaller">(Fine, Restitution, Bankruptcy, Filing Fee, etc.)</span>

---

F-11 (12/15)                              **REMITTANCE CORRECTION REQUEST**

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS090348
Cashier ID: nsiefken
Transaction Date: 04/14/2017
Payer Name: Juana Durruthy
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Juana Durruthy
 Case/Party: D-CAS-3-17-CV-000055-001
 Amount:      $505.00
-----------------------------------
CHECK
 Check/Money Order Num: 0440943520
 Amt Tendered:  $505.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```

PRESS FIRMLY



# EXPRESS MAIL
**UNITED STATES POSTAL SERVICE**

Qvil

# Flat Rate
# Mailing Envelope
**For Domestic and International Use**

*Visit us at usps.com*



When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)         PHONE (    )

EL 54786435 8US

**PAYMENT BY ACCOUNT** (if applicable)

UNITED STATES
POSTAL SERVICE ®

PRIORITY
★ MAIL ★
EXPRESS™



**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)         PHONE (    )

ZIP + 4® (U.S. ADDRESSES ONLY)

• For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
• $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (Mo./Day/Yr.) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12:00 | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee |
| Weight ___ lbs. ___ ozs. | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) 4/8 | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996          **3-ADDRESSEE COPY**





USPS packaging products have been
awarded Cradle to Cradle Certification℠
for their ecologically-intelligent design.
For more information go to
mbdc.com/usps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

**Please recycle.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.

EP13F

**TOMER USE ONLY**

M: (PLEASE PRINT)                    PHONE (      )

IVAN R. DURRUTHY
339 CRESTVIEW DRIVE
BONITA, CA 91902

**MENT BY ACCOUNT (if applicable)**

Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

**ERY OPTIONS (Customer Use Only)**

GNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1)
as the addressee's signature: OR 2) Purchases additional insurance: OR 3) Purchases COD service: OR 4)
ses Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
oeptacle or other secure location without attempting to obtain the addressee's signature on delivery.
y Options
□ No Saturday Delivery (delivered next business day)
□ Sunday/Holiday Delivery Required (additional fee, where available*)
□ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

(PLEASE PRINT)                    PHONE (      )

DONALD REAGAN FED BLDG
US COURTHOUSE
411 W. 4th ST ROOM 1035
SANTA ANA, CA 92701-4500

4® (U.S. ADDRESSES ONLY)

r pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
00.00 insurance included.

EL 547864158 US

**UNITED STATES POSTAL SERVICE**®

**PRIORITY ★ MAIL ★ EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

□ 1-Day    ☑ 2-Day    □ Military    □ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 91914 | 4/10/17 | $7 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 4/6/17 | □ 10:30 AM □ 3:00 PM  ☑ 12 NOON | $ | $ |

| Time Accepted | | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|---|
| 4:55 ☑ AM □ PM | | $ | $ | $ |

| Weight | ☑ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|
| 40 ozs. | | $ | $23.75 |

| | | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | | Employee Signature |
|---|---|---|---|
| | | □ AM □ PM | |

| Delivery Attempt (MM/DD/YY) | Time | | Employee Signature |
|---|---|---|---|
| | | □ AM □ PM | |

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 3 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUAN R. DURRUTHY and JUANA
DURRUTHY,

    Plaintiffs-Appellants,

 v.

MTC FINANCIAL, INC., DBA Trustee
Corps; et al.,

    Defendants-Appellees.

No. 17-55512

D.C. No.
3:17-cv-00055-AJB-BGS
Southern District of California,
San Diego

ORDER

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 2 1 2017

FILED
DOCKETED   DATE  INITIAL

Within 21 days after the date of this order, appellants shall submit to this

court a copy of the notice of appeal they contend they delivered to the Central

District of California on April 10, 2017.

Briefing remains suspended pending further order of the court.

*Attached is*
*a copy of*
*Requested*
*notice of appeal*

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Monica Fernandez
Deputy Clerk
Ninth Circuit Rule 27-7

MF/Pro Se

Name _Juan R. and Juana Durruthy, Plaintiff's in Propria Persona_

Address _339 Crestview Drive_

City, State, Zip _Chula Vista, California 91902_

Phone _____

Fax _____

E-Mail _____

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☐ Retained

**R E C E I V E D**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**JUL 2 1 2017**

FILED_____

DOCKETED_____

DATE          INITIAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN R. AND JUANA DURRUTHY | CASE NUMBER: |
| PLAINTIFF(S), | 17cv0055-AJB-BGS |
| v. | |
| ADRIENNE WEIL, MTC FINANCIAL, INC. DBA TRUSTEE CORPS AND CAPITAL ONE, N.A. | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ JUAN R. AND JUANA DURRUTHY _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
  March 10th 2017 dismissing with prejudice

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

_4-6-2017_____

Date

_____

Signature
☐ Appellant/ProSe    ☐ Counsel for Appellant    ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9                SOUTHERN DISTRICT OF CALIFORNIA
10
11   JUAN R. AND JUANA DURRUTHY,              Case No.:  17cv0055 AJB (BGS)
12                        Plaintiffs,
                                             **ORDER DENYING PLAINTIFFS'**
13   v.                                       **MOTION TO PROCEED IN FORMA**
14   ADRIENNE WEIL, MTC FINANCIAL,           **PAUPERIS**
     INC., AND CAPITAL ONE, N.A.,
15
                          Defendants.
16

17
18        On January 11, 2017, Plaintiffs Juan and Juana Durruthy ("Plaintiffs"), non-
19   prisoners proceeding pro se, commenced this action against Defendants Adrienne Weil,
     MTC Financial, Inc., and Capital One ("Defendants"). (Doc. No. 1.) On the same day,
20
     Plaintiffs also filed a motion to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. §
21
22   1915. (Doc. No. 2.) For the following reasons, the Court **DENIES** Plaintiffs' IFP motion.

23   **I.    Motion to Proceed IFP**
24        All parties instituting any civil action, suit, or proceeding in a district court of the
25   United States, except an application for writ of habeas corpus, must pay a filing fee of
26   $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay
27   the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. §
28   1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). All actions sought

                                         1

1 || to be filed IFP pursuant to § 1915 must be accompanied by an affidavit, signed by the
2 || applicant under penalty of perjury, that includes a statement of all assets which show
3 || inability to pay initial fees or give security. S.D. CivLR 3.2a.

4 The Court finds Plaintiffs are not at such a level of poverty that warrants IFP status
5 || based on the information they have provided. *See Jefferson v. U.S.*, 277 F.2d 723, 725 (9th
6 || Cir. 1960). Congress enacted the IFP statute "to ensure indigent litigants have meaningful
7 || access to the federal courts." *Bruce v. Samuels*, 136 S. Ct. 627, 629 (2016). However, per
8 || Plaintiffs' affidavit, Plaintiffs indicate that they are both employed and together they take
9 || home $4600.00 a month. (Doc. No. 2 at 2.) Thus, Plaintiffs' income places them outside
10 || the scope of Congress's intended group. Further, Plaintiffs have a bank account with
11 || $3,276.00. (*Id.*) Plaintiffs also specify that they own a car worth $1500.00, and a home
12 || worth $595.000. (*Id.* at 3.) The Court notes that Plaintiffs' affidavit also states that they
13 || support their daughter and two grandsons. (*Id.*) However, Plaintiffs do not include the
14 || amount contributed toward their support. *See* S.D. CivLR 3.2a(6). Additionally, Plaintiffs
15 || imply that their monthly expenses are greater than their combined monthly income without
16 || providing the Court with an explanation for the disparity.[1]

17 Despite the inadequacies and discrepancies in Plaintiffs' affidavit, the Court finds
18 || that Plaintiffs demonstrate that they are gainfully employed, have savings, and no
19 || extraordinary expenses. Accordingly, Plaintiffs have not met their burden of demonstrating
20 || their inability to pay the filing fee.

21 || **II.   CONCLUSION**

22 Based on the foregoing, the Court **DENIES** Plaintiffs' motion to proceed in forma
23 || pauperis. In light of this information, Plaintiffs' Complaint is **DISMISSED WITHOUT**
24 || **PREJUDICE.** Pursuant to this Order, Plaintiffs are granted 30 days leave from the date of
25 || this Order to pay the $350.00 filing fee required to maintain this action pursuant to 28

26

27 [1] Plaintiffs' affidavit states that their monthly expenses totals $6039.00, which includes a $1392.00
28 motor vehicle insurance expense. (Doc. No. 2 at 4-5.) However, Plaintiffs indicate that their total
monthly income is only $4600.00. (*Id.* at 2.)

2

U.S.C. § 1915, or submit additional documentation regarding their economic status as set forth above.

**IT IS SO ORDERED**.

Dated:  February 3, 2017

Hon. Anthony J. Battaglia
United States District Judge

3

## Other Orders/Judgments
3:17-cv-00055-AJB-BGS
Durruthy et al v. Weil et al **CASE**
**CLOSED on 02/03/2017**

CLOSED,.

### U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 2/13/2017 at 4:31 PM PST and filed on 2/13/2017
**Case Name:**     Durruthy et al v. Weil et al
**Case Number:**   3:17-cv-00055-AJB-BGS
**Filer:**
**WARNING: CASE CLOSED on 02/03/2017**
**Document Number:** 7(No document attached)

**Docket Text:**
**ORDER Setting Briefing Schedule re [5] MOTION to Dismiss for Failure to State a Claim :
Opposition due by 2/27/2017; Reply due by 3/13/2017; sur-replies will not be accepted.
Motion hearing scheduled for 3/23/17 at 9:00 a.m. in Courtroom 3B.(All non-registered
users served via U.S. Mail Service)(no document attached) (sc)**

**3:17-cv-00055-AJB-BGS Notice has been electronically mailed to:**

Andrew L. Minegar    alm@severson.com, jmc@severson.com, ljt@severson.com, szc@severson.com

**3:17-cv-00055-AJB-BGS Electronically filed documents must be served conventionally by the filer
to:**

Juan R. Durruthy
339 Crestview Drive
Chula Vista, CA 91902

Juana Durruthy
339 Crestview Drive
Chula Vista, CA 91902

FORM 1.  Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

## Name of United States District Court for the Southern District of

### Case Number 17cv0055 (AJB/BG

JUAN R. DURRUTHY ET AL _____ , Plaintiff,

v.                    **NOTICE OF APPEAL**

ADRIENNE WEIL ET AL _____ , Defendant.

        Notice is hereby given that JUAN R. DURRUTHY ET AL _____ (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Ninth Circuit _____ (from the final judgment) ((from an order) (describe the order)) entered in this action on March 10     2017 , ____ (date).

_____
(Signature of appellant or attorney)

_____
(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

Form 7

FORM 7.   Appeal Information Sheet

---

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

     ☐   United States District Court for the Southern District of California

     ☐   United States Court of International Trade

     ☐   United States Court of Federal Claims

     ☐   United States Court of Appeals for Veterans Claims

Type of case: civil, fdcpa

DURRUTHY      v. ADRIENNE WEIL ET AL

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 17cv0055-AJB-BGS      Date of Judgment or Order March 10th 2017

Cross or related appeal? _____      Date of Notice of Appeal April 6, 2017

Appellant is: ☑ Plaintiff  ☐ Defendant  ☐ Other (explain) _____

FEES:  Court of Appeals docket fee paid?    ☑ Yes   ☐ No

       U.S. Appeal?                ☐ Yes   ☐ No

       In forma pauperis?         ☐ Yes   ☐ No

Is this matter under seal?   ☐ Yes   ☑ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Juan R. Durruthy, Plaintiff in Propria Persona

ADRIENNE WEIL, MTC FINANCIAL, INC. DBA TRUSTEE CORPS AND CAPITAL ONE, N.A., Andrew L. Minegar, 19100 Von Karman Ave., Suite 700, Irvine, CA 92612

COURT REPORTER: (Name and telephone): none

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

---

**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DURRUTHY _____ v. ADRIENNE WEIL ET AL _____

No. 17cv0055-AJB-BGS

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[✓] Pro Se     [ ] As counsel for:     JUAN R. AND JUANA DURRUTHY _____
                                        Name of party

I am, or the party I represent is (select one):

[ ] Petitioner     [ ] Respondent     [ ] Amicus curiae     [ ] Cross Appellant

[✓] Appellant     [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | JUAN R. AND JUANA DURRUTHY |
| Law firm: | |
| Address: | 339 Crestview Drive |
| City, State and ZIP: | Chula Vista, California  91902 |
| Telephone: | |
| Fax #: | |
| E-mail address: | |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes     [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____
Date

_____
Signature of pro se or counsel

cc: _____

123

Form 9

FORM 9.  Certificate of Interest

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUAN R. AND JUANA DURRUTHY v. ADRIENNE WEIL ET AL

No. 17cv0055-AJB-BGS

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
JUAN R. AND JUANA DURRUTHY certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

JUAN R. AND JUANA DURRUTHY, PLAINTIFF/APPELLANT in Propria Persona

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

4. ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

N/A

4/6/2017
_____
Date

_____
Signature of counsel

_____
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

FORM 12.  Informal Brief (District Court, Court of International Trade, and Court of Federal Claims Cases)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUAN R. AND JUANA DURRUTHY v. ADRIENNE WEIL et. Al

No. 17cv0055-AJB-BGS

## INFORMAL BRIEF OF APPELLANT

Read the Guide for Pro Se Petitioners and Appellants before completing this form.  Attach a copy of the final decision or order of the trial court.  Answer the following questions as best you can.  Your answers should refer to the decision or order you are appealing where possible.  Use extra sheets if needed.

1.  Have you ever had another case in this court? ☐ Yes ☑ No    If so, state the name and number of each case.

N/A

2.  Did the trial court incorrectly decide or fail to take into account any facts? ☑ Yes ☐ No If so, what facts?  (Refer to paragraph 7 of the Guide.)

Yes, the trial court failed to consider the facts alleged in the complaint, and ignored the amended complaint, and that the none of the defendants have any legal interest in the plaintiff's property and has used unfair and deceptive collection practices in the course of attempting to collect a debt for which it has no legal rights to collect. The court appears to be acting as an advocate for the defendants and its attorneys by intruding on the case and making its own determinations before the defendants have answered the complaint.  the court didn't even wait for all parties to answer

3.  Did the trial court apply the wrong law? ☑ Yes ☐ No    If so, what law should be applied?

It applied a creature known as "reflexive law" and ignored the laws under which the court was formed to act, such as the Fair Debt Collection Practices Act and those alleged in the jurisdictional section of each claim.

4.  Did the trial court fail to consider important grounds for relief? ☑ Yes ☐ No    If so, what grounds?

Yes, it ignored the allegations in the pleading, and never permitted any amended pleading, never allowed all defendants to answer and summarily granted the one defendant's motion to dismiss simply because it was represented by members of the same labor union as the judge and against the interests of the judge and court personnel (i.e. the securities created by the defendants).

FORM 12.  Informal Brief (District Court, Court of International Trade, and Court of Federal Claims Cases)
(continued)

5. Are there other reasons why the trial court's decision was wrong?  ☑Yes  ☐No  If so, what reasons?

I sincerely believe that we don't have a court system anymore, or at least one to hear causes of action filed by non-attorneys under consumer protection laws; but instead, we have a broker/dealer facility for the banking system that does nothing but protect banker interests and the interests of attorneys.  It is the most corrupt system in modern history.

6. What action do you want the court to take in this case?

I want access to a real court with a real judge in a real courtroom where I can have evidence taken and be permitted to prove my case.

7. Do you want to argue before the court in person?  ☐Yes  ☑No  If yes, what are the reasons why argument will aid the court?  (Refer to paragraph 15 of the Guide.)

This is not necessary.

8. Do you intend to represent yourself?  ☑Yes  ☐No  If you have not filed an Entry of Appearance, indicate your full name, address, and telephone number.

I have completed an entry of appearance, but my name is JUAN R. AND JUANA DURRUTHY and my mailing address is 339 Crestview Drive, Chula Vista, California  91902

9. I certify that a copy of this brief and any attachments was sent to: Andrew L. Minegar _____, the attorney for appellee, at the following address: 19100 Von Karman Ave., Suite 700, Irvine, CA  92612____. (Address is found on the Entry of Appearance served on you by the attorney for the appellee. If you do not send a copy of this brief to the appellee, the court will not file the brief.)

_____          _____
      Date                    Appellant's signature

In addition to mailing a copy to the attorney for the appellee, mail an original and three copies of this informal brief and attachments to:

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

Form 19

FORM 19.   Certificate of Compliance With Rule 32(a)

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1.    This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) or Federal Rule of Appellate Procedure 28.1(e).

☐   The brief contains [ *state the number of* ] words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii), or

☐   The brief uses a monospaced typeface and contains [ *state the number of* ] lines of text, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii).

2.    This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) or Federal Rule of Appellate Procedure 28.1(e) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6).

☐   The brief has been prepared in a proportionally spaced typeface using [           *state name and version of word processing program*           ] in [                    *state font size and name of type style*                    ], or

☐   The brief has been prepared in a monospaced typeface using [           *state name and version of word processing program*           ] with [ [ *state number of characters per inch and name of type style*     ].

_____
(Signature of Attorney)

_____
(Name of Attorney)

_____
(State whether representing appellant, appellee, etc.)

_____
(Date)

Reset Fields

142

Form 26

**FORM 26.   Docketing Statement**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**No.** 17cv0055 (AJB/BGS

JUAN R. AND JUANA DURRUTHY

**v.**

ADRIENNE WEIL et al

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing.  When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.  All questions must be answered or the statement will be rejected.

Name of the party you represent  Juan R. and Juana Durruthy, Plaintiffs in Propria Persona

Party is (select one)     ☑ Appellant/Petitioner      ☐ Cross-Appellant
                          ☐ Appellee/Respondent       ☐ Intervenor

Tribunal appealed from and Case No. US Dist. Court for Southern District of CA -17cv0055 (AJB/

Date of Judgment/Order March 10th 2017      Type of Case unfair and deceptive collection prac

Relief sought on appeal  Reversing the judgment of dismissal and ordering the defendant to answer

Relief awarded below (if damages, specify) _____
I'm not seeking damages at this time, just to have access to the court to have the dispute heard on its merits by a fair and impartial judge.

Briefly describe the judgment/order appealed from  _____
I'm appealing an order that unfairly and improperly dismisses my complaint well before any defenses were made.  This is supposed to be an adversarial system, not a "tax window" whereby a plaintiff files a complaint and the judge reviews it before there is any stated controversy (a defense filed).

153

Form 26

FORM 26.  Docketing Statement (continued)

Nature of judgment (select one)

☐ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the
writing judge if an opinion was issued      _____
There are no other pending cases.


_____

Brief statement of the issues to be raised on appeal _____
the plaintiff is entitled to have access to the court and have dispute heard on its merits by a fair and
impartial judge, and not be dismissed before even any defense is made as if the "judge" is doing
favors for the defendants.  The trial court should have heard my amended complaint and waited until
all of the defendants responded.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes      ☑ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?      ☐ Yes      ☐ No

If they were mediated, by whom? _____

_____

154

**FORM 26.   Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?        ☐ Yes    ☑ No

If you answered no, explain why not _____

I don't think this case is amenable to mediation because I believe the attorneys for the defendants are given special treatment and not one claim I make is ever given consideration simply because I'm not represented by a member of the same labor union as the defendants, and that the defendants have no interest in this case because the attorneys have been acting in the name of the defendants but the defendants have never retained them to do that, and these attorneys are involved in a counterfeiting ▪

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

_____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 6th_____ day of April_____, 2017_____

by: _____
(manner of service)

_____        _____
        Name of Counsel                                Signature of Counsel

Law Firm _____

Address _____

City, State, ZIP _____

Telephone Number _____

FAX Number _____

E-mail Address _____

**Form 30**

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  4/6/2017
by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
   (by email or CM/ECF)

JUAN R. DURRUTHY

Name of Counsel                                     Signature of Counsel

Law Firm

Address   339 CRESTVIEW DRIVE

City, State, ZIP   BONITA, CA 91902

Telephone Number   619-796-2219

FAX Number

E-mail Address   jdurruthy@gmail.com

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 2 1 2017

FILED_____
DOCKETED_____
                                DATE            INITIAL

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUAN R. AND JUANA DURRUTHY

PLAINTIFF-APPELLANT

v.

ADRIENNE WEIL, MTC FINANCIAL, INC. DBA

TRUSTEE CORPS AND CAPITAL ONE, N.A.

DEFENDANTS-APPELLEES

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

IN CASE NO. 17cv0055-AJB-BGS

JUDGE ANTHONY J. BATTAGLIA

BRIEF OF APPELLANT JUAN R. AND JUANA DURRUTHY

Appellant
339 Crestview Drive
Chula Vista, California  91902